IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. MORGAN, | § | |
| | § | No. 602, 2015 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware, |
| | § | C.A. No. S15M-09-011 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: November 20, 2015
Decided: December 29, 2015
Corrected: January 14, 2016

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 14th day of January 2016, upon consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, the Court finds it manifest that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned decision dated October 12, 2015. The Superior Court did not err in concluding that the appellant's challenge to the Department of Correction's authority to adopt regulations regarding the award of good time was legally meritless in light of this Court's ruling in Morgan's appeal from the Superior Court's denial of an earlier writ.[1]

---

[1] *Morgan v. State*, 2015 WL 4066768 (Del. July 1, 2015).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:

_____
Justice